UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:02CV-620-H

CRYSTAL MEREDITH                                                                           PLAINTIFF

V.

JEFFERSON COUNTY BOARD OF EDUCATION, et al.                         DEFENDANTS

**MEMORANDUM AND ORDER**

  Counsel for Plaintiff has requested that Defendant produce records of the fees it has paid to its attorneys on the grounds that this information is relevant to an enhancement of his own fees. In these circumstances, any examination of proper attorney's fees begins with a calculation of the "lodestar" amount based upon the time that an attorney has devoted to a particular effort. *Hensley v. Eckerhart*, 461 U.S. 424(1983). Typically, the merit of a request is judged upon an attorney's own time and effort, not upon that of others.

  For a variety of legal and circumstantial reasons, Defendant probably did devote considerably more time and effort defending its own student assignment plan than Plaintiff devoted to attacking it. The amount of the opposing party's attorney's fees is not a factor courts generally consider in awarding attorney's fees. *See* Robert L. Rossi*,* 1 Attorney's Fees, §§ 5.1-5.16 (2007) (listing sixteen factors courts consider in awarding attorney's fees, but not including the amount of the opposing party's attorney's fees). Moreover, that Defendant retained lawyers who devoted more time to its own effort does not logically suggest that Plaintiff's counsel deserves the same consideration for doing less work. On the other hand, lots of other factors can


affect the fee and the Court expects to hear these arguments. Regardless, the amount of Defendant's attorney's fees, at this stage at least, seems irrelevant to Plaintiff's own fee request.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's request to disclosure of Defendant's attorney's fees is DENIED at this time.

cc:     Counsel of Record